IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 5 - 2011

GREGORY C. LANGHAM
CLERK

Civil Action No. 11-cv-01598-CMA-KLM

RICK ALAN PIXLEY,

    Plaintiff,

v.

DEPUTY GILBERT ABDULLAH,
DEPUTY CHRISTOPHER EYE, and
DEPUTY JAI ROGERS,

    Defendants.

---

### ORDER GRANTING SERVICE BY UNITED STATES MARSHAL

---

THIS CAUSE is before the Court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The Court has granted Plaintiff leave to proceed *in forma pauperis*. It now is

ORDERED that, if appropriate, the United States Marshal shall attempt to obtain a waiver of service from Defendants. If unable to do so, the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders upon Defendants. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States.

DATED: October  03 , 2011

                        BY THE COURT:

                        *Christine M. Arguello*

                        CHRISTINE M. ARGUELLO
                        United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 11-cv-01598-CMA-KLM

Rick A. Pixley
1720 Jolene Dr.
Denver, CO 80229

US Marshal Service
Service Clerk
Service forms for: Deputy Gilbert Abdullah, Deputy Christopher Eye, and Deputy Jai Rogers

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to the United States Marshal for service of process on Deputy Gilbert Abdullah, Deputy Christopher Eye, and Deputy Jai Rogers: COMPLAINT FILED 06/17/2011, ORDER TO DISMISS and DRAW, SUMMONS, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE  on October 5, 2011.

                                                GREGORY C. LANGHAM, CLERK

                                               By: _____
                                                        Deputy Clerk