IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Christine M. Arguello**

Civil Action No. 11-cv-01598-CMA-KLM

RICK ALAN PIXLEY,

    Plaintiff,

v.

DEPUTY GILBERT ABDULLAH,
DEPUTY CHRISTOPHER EYE, and
DEPUTY JAI ROGERS,

    Defendants.

## ORDER DISMISSING ACTION FOR PLAINTIFF'S FAILURE TO SHOW CAUSE

This matter is before the Court *sua sponte*. On October 21, 2011, Magistrate Judge Kristen L. Mix, to whom this case was referred (*see* Doc. # 13), issued an Order to Show Cause (Doc. # 14) as to why Plaintiff's Complaint should not be dismissed for failure to comply with D.C.Colo.LCivR 10.1M. The Order stated that "Plaintiff shall respond, in writing, to the Order to Show Cause on or before **November 4, 2011**. Failure to . . . respond to this Order will result in this Court issuing a recommendation to dismiss Plaintiff's action." (Doc. # 14 (emphasis in original).) Plaintiff has not responded. The Court, having reviewed the record and applicable law, does not find it necessary for the Magistrate Judge to issue a recommendation. Instead, it is hereby

ORDERED that this action is DISMISSED WITHOUT PREJUDICE for Plaintiff's failure to comply with the Order to Show Cause (Doc. # 14).[1]

DATED:  November __30__, 2011

BY THE COURT:

*[signature]*

_____
CHRISTINE M. ARGUELLO
United States District Judge

---

[1] Although unnecessary to the disposition of this matter, the Court notes that Plaintiff has taken no action in this case since July 15, 2011. (*See* Doc. # 4.)  Thus, Plaintiff has failed to prosecute this action in a prompt and timely manner.